Elizabeth Barry, as Administratrix, etc., of Lawrence Barry, Deceased, Appellant, v. William H. Woolverton, as President of the New York Transfer Company, Respondent.— Judgment affirmed, with costs. No opinion.

Franklin Pierce, Respondent, v. James A. Whitcomb, Appellant, Impleaded with James Parkes.— Judgment and order affirmed, with costs. No opinion.

Philip Weinberger, as Administrator, etc., of Samuel Weinberger, Deceased, Appellant, v. Sea Beach Railway Company, Respondent.— Judgment affirmed, with costs. No opinion.

Metropolitan Bank, Appellant, v. Edward Rothschild and Others, Respondents.—Judgments affirmed, with costs. No opinion.

Foster & Wattenberg, Appellant, v. Canadian Mines Company, Impleaded with H. Arthur Mack and Mervyn S. Mack, Respondents.— Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. No opinion.

Louis Waxberg, Respondent, v. Margaret Bowsky, as Administratrix, etc., of Max Bowsky, Deceased, Appellant.— Judgment and order affirmed, with costs. No opinion.

James Thedford, Appellant, v. Henry L. Herbert, Respondent.— Judgment and order affirmed, with costs, on 135 Appellate Division, 174; McLaughlin, J., dissenting on 195 New York, 63.

Harry J. Schultz, as Administrator, etc., of George Schultz, Deceased, Respondent, v. New York Transportation Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Josephine Corbett, Respondent, v. Peter J. Fleming and Others, Appellants, Impleaded with Peter C. Fleming and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Joseph Wiener, Respondent, v. Sadie Wiener, Appellant.— Order affirmed, without costs. No opinion. Laughlin, J., dissenting.

Eva S. Cochran and Others, as Executors and Trustees under the Last Will and Testament of William F. Cochran, Deceased, Plaintiffs, v. Elizabeth Reich and Claude T. Dawes, Appellants, Impleaded with Marx E. Harby and Others, Defendants, and Charles N. Morgan, Individually and as Trustee of the Trusts Created by Elizabeth Reich, Respondent.— Appeal dismissed, without costs. No opinion.

John F. Comey, Appellant, v. Jacob Schattman and Max Gross, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion.

George Griot, Appellant, v. Samuel F. Hyman, Respondent, Impleaded with John C. Tomlinson, Jr.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Henry A. La Chicotte, Appellant, v. Richard S. Buck, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Lewis M. Isaacs and Others, Respondents, v. Illinois Surety Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Ella L. Marsh, Appellant, v. Albert W. Kissam, Defendant, and Henry S. Kissam, Respondent, Each Individually and as Executors, etc., of Benjamin A.